JENNIE FEINSTEIN, as Administratrix, etc., of IRVING FEINSTEIN, Deceased, Respondent, v. V. LA ROSA & SONS, INC., Appellant. SILVER ROD STORES, INC., Proposed Defendant, Respondent.— Order denying motion to bring in a third party reversed upon the law and the facts, with ten dollars costs and disbursements against respondents jointly, and motion granted; date of issue and preference to stand if proposed defendant consent. The indemnity agreement contained in the lease entitles appellant to have the proposed defendant made a party to the action under section 193, subdivision 2, of the Civil Practice Act. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

GREGORY COAL AND LUMBER CO., INC., Plaintiff, v. FRANCES ALDA GATTI-CASAZZA, Appellant. LEWIS & VALENTINE COMPANY, Respondent, and Others, Defendants.— Order reversed upon the law and the facts, without costs, and motion to open default granted upon condition that within five days from service of a copy of the order herein appellant pay respondent the sum of $150; judgment to stand as security; otherwise, order affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOHN J. HALLERAN and LAURENCE B. HALLERAN, Copartners, Doing Business under the Firm Name and Style of HALLERAN AGENCY, Respondents, v. JOSEPH P. DAY and JOSEPH P. DAY, INC., Appellants.— Order granting leave to serve amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Hagarty, J., dissents and votes for reversal.

ELIAS HELLER, Appellant, v. MAX GREENBERG, Respondent.— Order denying plaintiff's motion for discovery and inspection affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

EDWARD B. HITTLEMAN, Plaintiff, v. POLK AVENUE BUILDING CO., INC., Defendant. MAX H. NEWMAN, Appellant; CHARLES S. COLDEN, Receiver, Respondent.— Order denying motion to surcharge receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.